1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLUMBIA SPORTSWEAR NORTH AMERICA, INC., an Oregon Corporation, COLUMBIA SPORTSWEAR USA CORPORATION, an Oregon Corporation, and COLUMBIA SPORTSWEAR COMPANY, and Oregon Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>DOROTHY NINO, an Individual, LARRY NEIL TROBRIDGE, an Individual, and DOES 1-10, Inclusive,<br><br>Defendants. | Case No.: CV12-08141 JAK (FMOx)<br><br>**ORDER GRANTING STIPULATION FOR PERMANENT INJUNCTION AGAINST LARRY NEIL TROBRIDGE**<br><br>**JS-6** |

The Court, pursuant to the Stipulation for Entry of Permanent Injunction ("Stipulation"), between Plaintiffs COLUMBIA SPORTSWEAR NORTH AMERICA, INC., COLUMBIA SPORTSWEAR USA CORPORATION, and COLUMBIA SPORTSWEAR COMPANY ("Plaintiffs"), on the one hand, and Defendant LARRY NEIL TROBRIDGE ("Defendant"), on the other hand, hereby ORDERS, ADJUDICATES and DECREES that a permanent injunction shall be and hereby is entered against Defendant as follows:

1. **PERMANENT INJUNCTION.** Defendant and any person or entity acting in concert with, or at his direction, including any and all agents, servants, employees, partners, assignees, distributors, suppliers, resellers and any others over which he may exercise control, are hereby restrained and enjoined, pursuant to 15 *United States Code* ("*U.S.C.*") §1116, from engaging in, directly or indirectly, or authorizing or assisting any third party to engage in, any of the following activities in the United States and throughout the world:

   a. importing, exporting, marketing, selling, offering for sale, distributing or dealing in any product that uses, or otherwise makes any use of, any of Plaintiffs' Trademarks, including but not limited to COLUMBIA SPORTSWEAR COMPANY® and COLUMBIA® word and design marks, and/or any Intellectual Property that is confusingly or substantially similar to, or that constitutes a colorable imitation of, any of Plaintiffs' Trademarks, whether such use is as, on, in or in connection with any trademark, service mark, trade name, logo, design, Internet use, website, domain name, metatags, advertising, promotions, solicitations, commercial exploitation, television, web-based or any other program, or any product or service, or otherwise;

   b. performing or allowing others employed by or representing him, or under his control, to perform any act or thing which is likely to injure Plaintiffs, any of Plaintiffs' Trademarks, including but not limited to COLUMBIA SPORTSWEAR COMPANY® and COLUMBIA® word and design marks,

and/or Plaintiffs' business reputation or goodwill, including making disparaging, negative, or critical comments regarding Plaintiffs or its products;

      c.    engaging in any acts of federal and/or state trademark infringement, false designation of origin, unfair competition, dilution, or other act which would tend damage or injure Plaintiffs; and/or

      d.    using any Internet domain name or website that includes any of Plaintiffs' Trademarks, including the COLUMBIA SPORTSWEAR COMPANY® and COLUMBIA® word and design marks.

    2.    Defendant is ordered to deliver immediately for destruction all unauthorized products and apparel, including counterfeit COLUMBIA SPORTSWEAR COMPANY® and COLUMBIA® products, apparel, and related products, labels, signs, prints, packages, wrappers, receptacles and advertisements relating thereto in his possession or under his control bearing any of Plaintiffs' intellectual property or any simulation, reproduction, counterfeit, copy or colorable imitations thereof, to the extent that any of these items are in Defendant's possession.

    3.    This Permanent Injunction shall be deemed to have been served upon Defendant at the time of its execution by the Court, and the case shall be dismissed as to Defendant upon entry of this Permanent Injunction

    4.    The Court finds there is no just reason for delay in entering this Permanent Injunction, and, pursuant to Rule 54(a) of the *Federal Rules of Civil Procedure*, the Court directs immediate entry of this Permanent Injunction against Defendant.

    5.    Defendant will be making an agreed-upon payment to Plaintiffs, as more particularly described in a separate Confidential Settlement Agreement.

    6.    **NO APPEALS AND CONTINUING JURISDICTION.**  No appeals shall be taken from this Permanent Injunction, and the parties waive all rights to appeal.  This Court expressly retains jurisdiction over this matter to

1 enforce any violation of the terms of this Permanent Injunction.

2     7. **NO FEES AND COSTS.** Each party shall bear its/his own attorneys' fees and costs incurred in this matter.

    IT IS SO ORDERED, ADJUDICATED and DECREED this 6th day of March, 2013.

_____
HON. JOHN A. KRONSTADT
United States District Judge
Central District of California